UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE LOPEZ,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>IMMIGRATION AND CUSTOMS ENFORCEMENT,<br><br>　　　　　Respondent. | No.  2:26-cv-01072-DAD-CSK<br><br><u>ORDER DENYING MOTION FOR TEMPORARY RESTRAINING ORDER WITHOUT PREJUDICE</u><br><br>(Doc. No. 2) |

On March 23, 2026, petitioner, proceeding *pro se*, filed a motion for temporary restraining order. (Doc. No. 2.)  The filing is a DV-110 form which is reserved for obtaining a domestic violence restraining order in the state courts of California.  (*Id.*)  Petitioner has placed his name in the "protected person" section, listed "Immigration[] and Customs Enforcement" in the "restrained person" section, and has placed the case number for this action in the upper righthand corner of the first page of the filing.  (*Id.* at 1.)  Beyond these three pieces of information, the form is completely blank.  As the party moving for a temporary restraining order, it is petitioner's burden to establish that he is entitled to injunctive relief.  *Ctr. for Food Safety v. Vilsack*, 636 F.3d 1166, 1173 (9th Cir. 2011) (quoting *Winter v. Nat'l Res. Def. Council*, 555 U.S. 7 (2008)).  Petitioner's filing fails to satisfy this burden.

/////

1

Accordingly,

1.    Petitioner's motion for temporary restraining order (Doc. No. 2) is DENIED without prejudice to renewal of a properly noticed and supported motion; and

2.    The petition for writ of *habeas corpus* (Doc. No. 1), is referred to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

2