UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JOSE LOPEZ (A-206-648-025),

Petitioner,

v.

IMMIGRATION AND CUSTOMS
ENFORCEMENT,

Respondent.

No.  2:26-cv-1072 DAD CSK

ORDER

Petitioner is an immigration detainee, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On March 25, 2026, this Court granted petitioner ten days to either pay the filing fee ($5.00) or file an application to proceed in forma pauperis under 28 U.S.C. § 1915.  (ECF No. 6.)  Ten days passed and petitioner did not respond to this order.  Accordingly, petitioner is granted an additional ten days to pay the filing fee or file the in forma pauperis application.

On April 1, 2026, respondents filed a motion to dismiss.  (ECF No. 7.)  The record currently before the court does not include sufficient information to determine the issues presented in the pending petition.

Accordingly, IT IS HEREBY ORDERED that:

1.  Petitioner Jose Lopez (A-206-648-025) is granted 10 days from the date of this order to

1

either pay the court's filing fee or file an application to proceed in forma pauperis.

2. By 5:00 p.m. on April 17, 2026, Respondent is ordered to file any and all Notice(s) to Appear, release orders, supervision orders and detention orders.  Respondents may file an optional Supplemental Brief limited to addressing any additional documents and limited to five (5) pages.  Any such optional Supplemental Brief must be filed together with Respondents' documents.  Within ten days of being served with the additional documents submitted by Respondent and any supplemental Brief by Respondent, Petitioner may file an optional response limited to five (5) pages.

3. The Clerk of the Court is directed to send petitioner an application to proceed in forma pauperis.

Dated:  April 14, 2026

CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

Lope1072.imm.fb/2

2